IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY DALE McCOY, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 12-0399-WS-C |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION NO. 09-0152-WS |
| Respondent. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 1, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** this 7th day of May, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**